PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JUSTIN W. CLARK, State Bar No. 235477
jclark@lbaclaw.com
TAMMY KIM, State Bar No. 262510
tkim@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
150 South Los Robles Avenue, Suite 660
Pasadena, California 91101
Telephone No. (818) 545-1925

Attorneys for Defendants Los Angeles County Board Supervisors Katheryn Barger, Janice Hahn, Holly Mitchell, and Hilda Solis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME AGUIRRE, MICHAEL ALMAREZ, VANAZQE BANKS, ALEJANDRO BANUELOS, JABARI BARTON, TREVON BROOKS, KERNELL BROWN, JOSE CABRERA, SAMUEL CANO, RICHARD CASEY, ANTHONY COLLINS, WALTER EDMONDS, TIMOTHY GILBERT, ERIBERTO GUZMAN, JESUS GUZMAN, JOHN HUTCHINS, TAZMAND IRVINE, WILLIAM JONES, TONY LAVAN, ANTONIO LOPEZ, VICTOR LOPEZ, JOHNNY MARROQUIN, PATRICK MOUNT, MARK MUNOZ, WILLIAM RAINS, OSCAR RAMIREZ, JUNIOR RIOS, JOHNNY ROLDAN, EDGAR SANCHEZ, TREVOR SHIVERS, JAHLEELE STANLEY, EDDIE URRIETA, CHRISTOPHER WILGUS, AND MICHAEL ZINKIEWITZ, <br><br> Plaintiffs, <br><br> vs. <br><br> KATHERYN BARGER, JANICE HAHN, HOLLY MITCHELL, HILDA SOLIS, and DOES 1-10, <br><br> Defendants. | Case No. 2:22-cv-06676 <br><br> Honorable Dean D. Pregerson <br><br> **NOTICE OF INTERESTED PARTIES** |

1

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants KATHERYN BARGER, JANICE HAHN, HOLLY MITCHELL, and HILDA SOLIS ("collectively" Defendants) herein, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION AND INTEREST |
|---|---|
| Jaime Aguirre | Plaintiff |
| Michael Almarez | Plaintiff |
| Walter Edmonds | Plaintiff |
| Tazmand Irvine | Plaintiff |
| Johnny Roldan | Plaintiff |
| Jahleele Stanley | Plaintiff |
| Jose Cabrera | Plaintiff |
| Samuel Cano | Plaintiff |
| John Hutchins | Plaintiff |
| Mark Munoz | Plaintiff |
| Oscar Ramirez | Plaintiff |
| Edgar Sanchez | Plaintiff |
| Christopher Wilgus | Plaintiff |
| William Rains | Plaintiff |
| Jesus Guzman | Plaintiff |
| Kernell Brown | Plaintiff |
| Timothy Gilbert | Plaintiff |
| Eriberto Guzman | Plaintiff |

| | PARTY | CONNECTION AND INTEREST |
|---|---|---|
| 1 | | |
| 2 | Tony Lavan | Plaintiff |
| 3 | Trevor Shivers | Plaintiff |
| 4 | Victor Lopez | Plaintiff |
| 5 | Antonio Lopez | Plaintiff |
| 6 | Richard Casey | Plaintiff |
| 7 | Vanazqe Banks | Plaintiff |
| 8 | Alejandro Banuelos | Plaintiff |
| 9 | Trevon Brooks | Plaintiff |
| 10 | William Jones | Plaintiff |
| 11 | Johnny Marroquin | Plaintiff |
| 12 | Patrick Mount | Plaintiff |
| 13 | Eddie Urrieta | Plaintiff |
| 14 | Michael Zinkiewitz | Plaintiff |
| 15 | Junior Rios | Plaintiff |
| 16 | Jabari Barton | Plaintiff |
| 17 | Anthony Collins | Plaintiff |
| 18 | /// | |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

| | PARTY | CONNECTION AND INTEREST |
|---|---|---|
| 1 | | |
| 2 | Katheryn Barger | Defendant |
| 3 | Janice Hahn | Defendant |
| 4 | Holly Mitchell | Defendant |
| 5 | Hilda Solis | Defendant |

Dated:  November 7, 2022        LAWRENCE BEACH ALLEN & CHOI, PC


By ___/s/  Paul B. Beach_____
    Paul B. Beach
    Justin W. Clark
    Tammy Kim
    Attorneys for Defendants Katheryn Barger, Janice Hahn, Sheila Kuehl, Holly Mitchell, and Hilda Solis